DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN MANUEL RAMIREZ-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JUAN MANUEL RAMIREZ-DIAZ,<br><br>        Defendant. | Cr.S. 08-0062-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: March 29, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

    It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JUAN MANUEL RAMIREZ-DIAZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, March 1, 2010, be continued to Monday, March 29, 2010, at 8:30 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for March 29, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 25, 2010      Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Benjamin Galloway
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JUAN MANUEL RAMIREZ-DIAZ

DATED: February 25, 2010      BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Benjamin Galloway for
                                          MICHAEL ANDERSON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 29, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4. The status conference set for Monday, March 1, 2010, is continued to Monday, March 29, 2010, at 8:30 a.m.

DATED:   February 26, 2010

_William B. Shubb_ (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE