DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN MANUEL RAMIREZ-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )    Cr.S. 08-0062-WBS
            Plaintiff,       )
                             )    **STIPULATION AND [PROPOSED]**
       v.                    )    **ORDER**
                             )
JUAN MANUEL RAMIREZ-DIAZ,    )    DATE: April 26, 2010
                             )    TIME: 8:30 a.m.
            Defendant.       )    JUDGE: Hon. William B. Shubb
                             )
_____)

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JUAN MANUEL RAMIREZ-DIAZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, March 29, 2010, be continued to Monday, April 26, 2010, at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for April 26, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 24, 2010        Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /s/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             JUAN MANUEL RAMIREZ-DIAZ


DATED: March 24, 2010        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MICHAEL ANDERSON
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 26, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  The status conference set for Monday, March 29, 2010, is continued to Monday, April 26, 2010, at 8:30 a.m.

DATED:  March 24, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE