DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN MANUEL RAMIREZ-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> JUAN MANUEL RAMIREZ-DIAZ,  )<br>  )<br>  Defendant.  )<br>_____) | Cr.S. 08-0062-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>DATE: July 26, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JUAN MANUEL RAMIREZ-DIAZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, June 21, 2010, be continued to Monday, July 26, 2010, at 8:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for July 26, 2010,
2 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
3 prepare] (Local Code T4).

5 DATED: June 16, 2010          Respectfully submitted,
6                               DANIEL J. BRODERICK
                                Federal Defender
7
                                /s/ Benjamin Galloway
8                               BENJAMIN GALLOWAY
                                Assistant Federal Defender
9                               Attorney for Defendant
                                JUAN MANUEL RAMIREZ-DIAZ

11
12 DATED: June 16, 2010          BENJAMIN B. WAGNER
                                United States Attorney
13                               /s/ Benjamin Galloway for
                                MICHAEL ANDERSON
14                               Assistant U.S. Attorney
                                Attorney for Plaintiff

18                              **O R D E R**

19   **IT IS SO ORDERED.**  Time is excluded from today's date through and
20 including July 26, 2010, in the interests of justice pursuant to 18
21 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
22 T4.
23 DATED:  June 16, 2010

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE

2