DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JUAN MANUEL RAMIREZ-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-0062-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| JUAN MANUEL RAMIREZ-DIAZ, ) | DATE: August 9, 2010 |
| ) | TIME: 8:30 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, JUAN MANUEL RAMIREZ-DIAZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, July 26, 2010, be continued to Monday, August 9, 2010, at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for August 9, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 20, 2010        Respectfully submitted,

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Benjamin Galloway
                            BENJAMIN GALLOWAY
                            Assistant Federal Defender
                            Attorney for Defendant
                            JUAN MANUEL RAMIREZ-DIAZ


DATED: July 20, 2010        BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Benjamin Galloway for
                            MICHAEL ANDERSON
                            Assistant U.S. Attorney
                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including August 9, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  The status conference set for Monday, July 26, 2010, is continued to Monday, August 9, 2010, at 8:30 a.m..

DATED:  July 20, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2